UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

Case No. 2:25-cv-565-SPC-KCD

v.

JUDGE JAMES SHENKO,

    Defendant,
_____/

## ORDER

Plaintiff Thomas Pepe moves the Court to "take judicial notice" of several documents, including a chart that shows the alleged members of a "RICO enterprise." (Doc. 9.)

The Federal Rules of Evidence permit district courts to take judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b), (d). While the court "may take judicial notice on its own," it "*must* take judicial notice if a party requests it and the court is supplied with the necessary information." *Id.* at 201(c) (emphasis added).

Plaintiff has not satisfied the requirements of Rule 201. He has not shown that the attached records and documents establish facts that are either uncontested or "generally known within the trial court's territorial

jurisdiction." Fed. R. Evid. 201(b)(1). Plaintiff's Motion for Judicial Notice (Doc. 9) is thus **DENIED**.

**ORDERED** in Fort Myers, Florida on July 28, 2025.

Kyle C. Dudek
United States Magistrate Judge